# FILED

MAR - 2 2010

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

K & L Development, Inc.

Debtor,

_____/

Case No.: 10-bk-01891-ABB
Chapter 11
EIN: 20-0277374

## NOTICE OF RECLAMATION DEMAND

**PLEASE TAKE NOTICE,** that DEL-AIR HEATING, AIR CONDITIONING &
REFRIGERATION, INC. ("DEL-AIR"), by and through its undersigned counsel, hereby filed
this notice of the delivery of a written demand (the "Reclamation Demand"), pursuant to 11
U.S.C., §546(s) and applicable non-bankruptcy law, upon the Debtor in the above-captioned case
(the "Debtor") with respect to certain Goods as further detailed in the Reclamation Demand
attached hereto as Exhibit "A", valued at $4,086.00, which were sold in the ordinary course of
DEL-AIR'S business with the Debtor and, upon information and belief, delivered to and
received by the Debtor during the 45 days prior to the commencement of the Debtor's
bankruptcy case on February 10, 2010 (the "Petition Date"), while it was insolvent, within the
scope of 11 U.S.C. §546. A copy of the Reclamation Demand, with exhibits, scheduling and
identifying the Goods, is annexed hereto and incorporated by reference to this Notice of
Reclamation Demand.

**PLEASE TAKE FURTHER NOTICE,** that this Notice of Reclamation Demand is
filed without prejudice to DEL-AIR'S right to recover from, or exercise any other remedy
against the Debtor, or any other entity, including any affiliate or subsidiary, or third party, that is
in the possession, custody or control of, and/or is responsible for payment of, the Goods as
referenced in the Reclamation Demand.

- 1 -

**PLEASE TAKE FURTHER NOTICE,** that DEL-AIR hereby reserves all of its rights and all available remedies under applicable law, including without limitation, pursuant to §503(b)(9) of the Bankruptcy Code, to assert an administrative claim for those Goods delivered to and received by the Debtor in the ordinary course of business within the 20 days prior to the Petition Date.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March ___1___, 2010, a true and correct copy of the Notice of Appearance and Request for Service of Papers and Certificate of Service was served through the CM/ECF System for the United States Bankruptcy Court for the Middle District of Florida to:

Jeffrey S. Ainsworth, Esquire
Kevin E. Mangum, Esquire
Mangum & Associates, P.A.
5100 Highway 17-92, Suite 300
Casselberry, FL 32707

K&L Development, Inc.
P.O. Box 790
Fruitland Park, FL

United States Trustee
135 W. Central Boulevard
Suite 620
Orlando, FL 32801

W. Glenn Jensen, Esquire
David J. Lienhart, Esquire
Roetzel & Andress
P.O. Box 6507
Orlando, FL 32802

WORMAN & SHEFFLER, P.A.

ROBERT B. WORMAN, ESQUIRE
2707 W. Fairbanks Avenue, Suite 200
Winter Park, FL 32789
Telephone: (407) 843-5353
Fax: (407) 841-9516
Florida Bar No.: 166182
Attorney for Del-Air Heating, Air Conditioning & Refrigeration, Inc.

# Worman & Sheffler, P.A.
## Attorneys At Law

2707 W. Fairbanks Ave., Suite 200
Winter Park, Florida 32789

Telephone (407) 843-5353
Facsimile (407) 841-9516

March 1, 2010

<u>Certified Mail Number 71555474410087177979</u>
Matthew M. King, President
K&L Development, Inc.
907 Willow Drive
Leesburg, FL 34748

Re:  Del-Air Heating, Air Conditioning & Refrigeration, Inc. vs. K&L Development, Inc.
Notice of Reclamation Claim
Our File No.: 6779.01

Dear Mr. King:

I represent Del-Air Heating, Air Conditioning & Refrigeration, Inc. ("Del-Air") with respect to its legal matters in Florida.

You have advised Del-Air that K&L Development, Inc. has recently filed a Petition under Chapter 11 of the Bankruptcy Code for reorganization of its financial affairs. As I am sure you are aware, within forty-five (45) days prior to K&L Development, Inc. filing its Chapter 11 Petition on February 10, 2010, Del-Air sold products (the "Goods") to K&L Development, Inc. in the ordinary course of Del-Air's business as scheduled and described in the following invoices:

| **Invoice Number** | **Delivery Address** | **Delivery Date** |
|---|---|---|
| 0007767 | 1109 Myrtle Breezes Court, Fruitland, Florida | 1/22/10 |

Upon information and belief, it is the position of Del-Air that at the time of delivery of these Goods, K&L Development, Inc. was insolvent.

The total balance presently due to Del-Air Heating, Air Conditioning & Refrigeration, Inc. is $4,086.00 and is further broken down by the individual products based upon the above-referenced invoice and pro forma picking list, copies of which are enclosed.

Pursuant to the provisions of §672.702, *Florida Statutes* and §546(c) of the Bankruptcy Code (11U.S.C. §546(c)) Del-Air Heating, Air Conditioning & Refrigeration, Inc. hereby notifies K&L Development, Inc. of its making of a claim for reclamation of the Goods. Accordingly, demand is hereby made upon K&L Development, Inc. to segregate and otherwise verify the location of the Goods in order that a coordinated inventory can be taken of same with a

representative of Del-Air Heating, Air Conditioning & Refrigeration, Inc. for the purposes of protecting the Goods and scheduling the pick up and removal of them from the property (or wherever they may presently be located) upon approval of the Bankruptcy Court.

Notwithstanding the foregoing, Del-Air Heating, Air Conditioning & Refrigeration, Inc. is willing to consider alternative means of resolution of its reclamation claim as part of the bankruptcy proceedings provided K&L Development, Inc. and/or its lender, Capital City Bank, is willing to give further and adequate assurances that timely payment in full shall be received.

Based upon the foregoing, I look forward to receiving a response from the appropriate representative on behalf of K&L Development, Inc. including confirmation that it has these goods in its possession.

Very truly yours,

WORMAN & SHEFFLER, P.A.

Robert B. Worman

RBW/kcd
Enclosures
cc: Cindy Durney (w/o encls.)
    Jeffrey S. Ainsworth (w/encls.) (*via e-mail*)

# Del-Air Heating, Air Conditioning & Refrigeration, Inc.

Christmas Way
Sanford FL 32771

Bill: (407) 831-2005
FAX: (407) 330-5868

Bill to: K & L Development Inc.
P.O Box 740
Fruitland Park FL 34731

Service location: 1108 Myrtle Breeze Ct

Subdivision:
Lot number: West

## Invoice

| | |
|---|---|
| Number | 8M9247779 |
| Date | |
| Page | |
| Invoice project | 1080-7787 |
| Customer account | 1080-7887 |
| Customer reference | |
| Project PO# | Contract |
| Customer PO number | |
| Invoice service order | |
| Description | |
| Payment | Net 7 days |

| Project | Item number | Description | Delivery qty | Unit price | Disc % | Line amount |
|---|---|---|---|---|---|---|
| | TRIM | SMITH RESIDENCE | | | | |

THIS INVOICE PAST DUE IS ALWAYS SUBJECT TO FINANCE CHARGES.

| Non-taxable | Payable | | | | | Total |
|---|---|---|---|---|---|---|
| Sales tax (state) | Misc charge | Freight | | Cash disc | Round off | |

*Luis*

Del-Air Heating, Air Conditioning & Re
531 Codisco Way
Sanford, FL 32771

Telephone ............... : (407) 333-COOL
Fax .................... : (407) 333-3853
Giro .................... :
Registration ............. :



Ship to:
K & L Development
Smith Res
Clermont,FL34711

Project .......... : 0313599-02
Sub division ..... : Lot 13  Lakee Margtlin
Lot number ...... : West
Work order numbe:
Model number ... : SmithRes

Bill to:
K & L Development, Inc.
2901 S St
Leesburg, FL 34748

4086

# Pro forma picking list

Number .................. :
Ship date ............... : 9/2/2009
Page ..................... : 1    of 3
Sales order .............. : SO-68367
Customer PO number ... : Contract
Your ref ................. :
Map coordinates ......... :
Our ref .................. : Kranz, Laura S.
Mode of delivery ........ : Local delivery
Terms of delivery ........ :
Building permit .......... :
Permit 1 ................. :
Permit 2 ................. :
Permit 3 ................. :
Municipality ............. :

1/20

## TRIM

| 13.00 - 13.00 SEER | 5 - 2.5 TON | 7.7 - 8.0 HSPF | 10 - 5 KW | 2 BthFANS | 3 FLC |

DRYER BOX        ADJUSTABLER METAL LOUVERS

BILLED JAN 2 2

| Item number | Description | Order quantity | Order unit | Ship date | Quantity | Picked | Zone id |
|---|---|---|---|---|---|---|---|
| **Hours** | | | | | | | |
| 4.TrimGr | 4. Trim | 12.00 | | | | | |
| **Items** | | | | | | | |



FAN-LIGHT COMBO

DRYER BOX
FAN

BATH VENT
DRYER VENT
STAT WIRE
HEAT
PUMP

Reciept: _____ Luis #1743

Del-Air Heating, Air Conditioning & Re
531 Codisco Way
Sanford, FL 32771



Telephone ............... : (407) 333-COOL
Fax ..................... : (407) 333-3853
Giro ....................... :
Registration .............. :

Ship to:
K & L Development
Smith Res
Clermont,FL34711

Project .......... : 0313599-02
Sub division ..... :
Lot number ...... : West
Work order numbe :
Model number ... : SmithRes

Bill to:
K & L Development, Inc.
2901 S St
Leesburg, FL 34748

# Pro forma picking list

Number ................. :
Ship date ............... : 9/2/2009
Page .................... : 2    of 3
Sales order .............. : SO-68367
Customer PO number ... : Contract
Your ref ................. :
Map coordinates ........ :
Our ref. ................. : Kranz, Laura S.
Mode of delivery ........ : Local delivery
Terms of delivery ........ :
Building permit .......... :
Permit 1 ................. :
Permit 2 ................. :
Permit 3 ................. :
Municipality ............. :

## TRIM

| 13.00 - 13.00 SEER | 5 - 2.5 TON | 7.7 - 8.0 HSPF | 10 - 5 KW | 2 BthFANS | 3 FLC |

DRYER BOX       ADJUSTABLER METAL LOUVERS

| Item number | Description | Order quantity | Order unit | Ship date | Quantity | Picked | Zone id |
|---|---|---|---|---|---|---|---|
| **Hours** | | | | | | | |
| 4.TrimGr | 4. Trim | 7.00 | | | | | |
| **Items** | | | | | | | |
| H000844 | Float Switches SS2 | 1.00 | PCS | 9/2/2009 | 1.00 | _____ | Zone1 |
| H002087 | Stat Wire 20-8 | 90.00 | Ft | 9/2/2009 | 90.00 | _____ | Zone1 |
| H007132 | CADS 5 Gallon Mastic | 0.50 | PCS | 9/2/2009 | 0.50 | _____ | Zone1 |
| H020737 | TH6220D1002DAG FOCUS PRO 6000 HP PROG | 1.00 | Pcs | 9/2/2009 | 1.00 | _____ | Zone1 |
| H027894 | RMCLIPS-4 CARRIER COND TIE DOWN | 1.00 | Pcs | 9/2/2009 | 1.00 | _____ | Zone1 |

Del-Air Heating, Air Conditioning & Re
531 Codisco Way
Sanford, FL 32771

Telephone .............. : (407) 333-COOL
Fax ...................... : (407) 333-3853
Giro ......................... :
Registration ............. :



Ship to:
K & L Development
Smith Res
Clermont,FL34711

Project .......... : 0313599-02
Sub division ..... :
Lot number ...... : West
Work order numbe:
Model number ... : SmithRes

Bill to:
K & L Development, Inc.
2901 S St
Leesburg, FL 34748

# Pro forma picking list

Number ................. :
Ship date ............... : 9/2/2009
Page ..................... : 3    of 3
Sales order .............. : SO-68367
Customer PO number ... : Contract
Your ref ................. :
Map coordinates ........ :
Our ref. ................. : Kranz, Laura S.
Mode of delivery ........ : Local delivery
Terms of delivery ........ :
Building permit .......... :
Permit 1 ................. :
Permit 2 ................. :
Permit 3 ................. :
Municipality ............. :

## TRIM

| 13.00 - 13.00 SEER | 5 - 2.5 TON | 7.7 - 8.0 HSPF | 10 - 5 KW | 2 BthFANS | 3 FLC |
|---|---|---|---|---|---|
| DRYER BOX | ADJUSTABLER METAL LOUVERS | | | | |

| Item number | Description | Order quantity | Order unit | Ship date | Quantity | Picked | Zone id |
|---|---|---|---|---|---|---|---|
| **Hours** | | | | | | | |
| 4.TrimGr | 4. Trim | 5.00 | | | | | |
| **Items** | | | | | | | |
| H000844 | Float Switches SS2 | 1.00 | PCS | 9/2/2009 | 1.00 | _____ | Zone2 |
| H002087 | Stat Wire 20-8 | 90.00 | Ft | 9/2/2009 | 90.00 | _____ | Zone2 |
| H007132 | CADS 5 Gallon Mastic | 0.50 | PCS | 9/2/2009 | 0.50 | _____ | Zone2 |
| H020737 | TH6220D1002DAG FOCUS PRO 6000 HP PROG | 1.00 | Pcs | 9/2/2009 | 1.00 | _____ | Zone2 |
| H027894 | RMCLIPS-4 CARRIER COND TIE DOWN | 1.00 | Pcs | 9/2/2009 | 1.00 | _____ | Zone2 |

Telephone ................ : (407) 333-COOL
Fax ...................... : (407) 333-3853
Giro ..................... :
Registration ............. :



Ship to:
K & L Development
Smith Res
Clermont,FL34711

# Pro forma picking list

Number ................ :
Ship date ............... : 9/2/2009
Page ..................... : 2    of  2

Project .......... : 0313599-02
Sub division ..... :
Lot number ...... : West
Work order numbe:
Model number ... : SmithRes

Sales order .............. : SO-68368
Customer PO number ... : Contract
Your ref ................. :
Map coordinates ........ :
Our ref. ................. : Kranz, Laura S.
Mode of delivery ........ : Local delivery
Terms of delivery ........ :
Building permit .......... :
Permit 1 ................. :
Permit 2 ................. :
Permit 3 ................. :
Municipality ............ :

Bill to:
K & L Development, Inc.
2901 S St
Leesburg, FL 34748

### TRIM

13.00 - 13.00 SEER      5 - 2.5 TON      7.7 - 8.0 HSPF      10.5 KW      2 BthFANS      3 FLC

DRYER BOX      ADJUSTABLER METAL LOUVERS

| Item number | Description | Order quantity | Order unit | Ship date | Quantity | Picked | Zone id |
|---|---|---|---|---|---|---|---|
| H020995 | KFCEH0901N10 H.S. | 1.00 | Pcs | 9/2/2009 | 1.00 | _____ | Zone1 |
| H025279 | FY4ANB060T00 PURON A/H W/TIN-PLATED COIL | 1.00 | Pcs | 9/2/2009 | 1.00 | _____ | Zone1 |
| H026047 | 25HBB360A003 13 SEER PURON HP COND | 1.00 | Pcs | 9/2/2009 | 1.00 | _____ | Zone1 |
| H020993 | KFCEH0501N05 H.S. | 1.00 | Pcs | 9/2/2009 | 1.00 | _____ | Zone2 |
| H025275 | FY4ANF030T00 PURON A/H W/TIN-PLATED COIL | 1.00 | Pcs | 9/2/2009 | 1.00 | _____ | Zone2 |
| H026042 | 25HBB330A003 13 SEER PURON HP COND | 1.00 | Pcs | 9/2/2009 | 1.00 | _____ | Zone2 |

EQUIPMENT